HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOHNNY CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 1:92-CR-05247-LJO and 1:15-CR-00277-LJO |
| Plaintiff, | |
| vs. | ORDER FOR TRANSPORT TO DELANCEY STREET FOUNDATION |
| JOHNNY CRAWFORD, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant Johnny Crawford (Fresno County Sheriff's Booking No. 1724297; Person ID 0146303) shall be released to Kevin Mitchel, a social worker with the Office of the Federal Defender, from the Fresno County Jail on Tuesday, August 8, 2017, at 6:00 a.m. Mr. Mitchel will then transport Mr. Crawford to the Delancey Street Foundation program located in Los Angeles for an intake interview. If immediately accepted, Mr. Crawford will stay at Delancey Street and abide by all rules of the program. If not immediately accepted, Mr. Mitchel will return Mr. Crawford to the Fresno County Jail by no later than 8:00 p.m. on August 8, 2017.

IT IS SO ORDERED.

Dated: **August 7, 2017**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE